MYSHIELLE(MICHAEL)JACQUES,CDCR NO.AX-5885

Name and Prisoner Booking Number

SALINAS VALLEY STATE PRISON

Place of Confinement:

P.O.BOX 1050

Mailing Address

SOLEDAD,CALIFORNIA 93960-1050

City, State, Zip Code

**FILED**

DEC 11 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

MYSHIELLE(MICHAEL)JACQUES,

(Full Name of Plaintiff)                Plaintiff,

v.

(1) J.BORDEWICK,

(Full Name of Defendant)

(2) A.BENDER,

(3) R.QUICK,

(4) J.SHEETS

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. $2:24-CV-3443-AC(PC)$

(To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

   ☐ Other: _____.

2. Institution/city where violation occurred: MULE CREEK STATE PRISON/IONE _____.

ATTACHED PAGE 1-A

 D.LARIOS;

 J.PIERCE;

 K.THAO;

 K.SHOCK;

C. PREVIOUS LAWSUITS:

d. FOURTH PRIOR LAWSUIT:

1. PARTIES: MICHAEL E. JACQUES V. B. FEREKINS, ET AL

2. COURT AND CASE NUMBER: 2:21-CV-0144-KJN P

3. RESULT: DISMISSED VOLUNTARY ON PLAINTIFF ACTION

C. FIVETH PRIOR LAWSUIT:

1. PARTIES: MICHAEL E. JACQUES V. G. COLLINSWORTH, ET AL.

2. COURT AND CASE NUMBER: 2:21-CV-0145-DMC P

3. RESULT: SETTLEMENT

f. SIXTH PRIOR LAWSUIT:

1. PARTIES: MICHAEL E. JACQUES V. M. SIMPSON, ET AL.

2. COURT AND CASE NUMBER: 2:21-CV-02142-DMC

3. RESULT: PENDING

g. SEVENTH PRIOR LAWSUIT

1. PARTIES: MICHAEL E. JACQUES V. R. QUICK, ET AL.

2. COURT AND CASE NUMBER: 2:22-CV-00811-CKD

3. RESULT: PENDING

h. EIGHTH

1. PARTIES: MICHAEL E. JACQUES V. M. SIMPON, ET AL

2. COURT AND CASE NUMBER: 2:21-CV-02143-KJM-EFB

3. RESULT: SETTLEMENT

## B. DEFENDANTS

1.  Name of first Defendant: **J.BORDEWICK**_____. The first Defendant is employed as:
    (AT TIME)CORRECTIONAL SERGEANT_____ at MULE CREEK STATE PRISON_____.
    _____(Position and Title)_____ _____(Institution)

2.  Name of second Defendant: **A.BENDER**___ **D**___. The second Defendant is employed as:
M   (AT TIME)CORRECTIONAL OFFICER_____ at MULE CREEK STATE PRISON_____.
    _____(Position and Title)_____ _____(Institution)

3.  Name of third Defendant: **R.QUICK**_____. The third Defendant is employed as:
    (**AT** TIME)CORRECTIONAL OFFICER_____ at MULE CREEK STATE PRISON_____.
    _____(Position and Title)_____ _____(Institution)

4.  Name of fourth Defendant: **J.SHEETS**_____. The fourth Defendant is employed as:
    (AT TIME)CORRECTIONAL OFFICER_____ at MULE CREEK STATE PRISON_____.
    _____(Position and Title)_____ _____(Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?      ☒ Yes      ☐ No

2.  If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: MICHAEL E.JACQUES_____ v. J.LOPEZ JR.,ET AL._____
        2.  Court and case number: 1:16-cv-01289_____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) SETTLEMENT_____
        _____.

    b.  Second prior lawsuit:
        1.  Parties: MICHAEL E.JACQUES_____ v. A.GONZALES,ET AL._____
        2.  Court and case number: 1:16-cv-06862-**GW-KS**_____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) SETTLEMENT_____
        _____.

    c.  Third prior lawsuit:
        1.  Parties: MICHAEL E.JACQUES_____ v. M.BRAHNEY,ET AL._____
        2.  Court and case number: 2:21-cv-00143_____.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) SETTLEMENT_____
        _____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

C. PREVIOUS LAWSUITS:

d. FOURTH PRIOR LAWSUIT:
1. PARTIES: MICHAEL E. JACQUES V B. FEREKKINS, ET AL.
2. COURT AND CASE NUMBER: 2: 21-CV - 0144-KJN P
3. RESULT: DISMISSED VOLUNTARY ON PLAINTIFF ACTION

e. FIVETH PRIOR LAWSUIT:
1. PARTIES: MICHAEL E. JACQUES V. G. COLLINSWORTH, ET AL.
2. COURT AND CASE NUMBER: 2: 21-CV - 0145 - DMC P
3. RESULT: SETTLEMENT

f. SIXTH PRIOR LAWSUIT:
1. PARTIES: MICHAEL E JACQUES V. M. SIMPSON, ET AL.
2. COURT AND CASE NUMBER: 2: 21- CV- 02142 -DMC
3. RESULT: PENDING

g. SEVENTH PRIOR LAWSUIT:
1. PARTIES: MICHAEL E. JACQUES V. M. SIMPSON, ET AL.
2. COURT AND CASE NUMBER: 2:21-CV- 02143 -KJM-EFB
3. RESULT: SETTLEMENT

h. EIGHTH PRIOR LAWSUIT:
1. PARTIES: MICHAEL E. JACQUES V. R. QUICK, ET AL.
2. COURT AND CASE NUMBER: 2:22-CV- 00811 - CKD
3. RESULT: LITIGATING

## D. CAUSE OF ACTION

### CLAIM I

1.  State the constitutional or other federal civil right that was violated: <u>SEE ATTACHED PAGES 19</u>

2.  **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    - ☐ Basic necessities          ☐ Mail          ☐ Access to the court          ☐ Medical care
    - ☐ Disciplinary proceedings          ☐ Property          ☐ Exercise of religion          ☐ Retaliation
    - ☐ Excessive force by an officer          ☐ Threat to safety          ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    <u>SEE ATTACHED PAGES 5-18</u>

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    <u>SEE ATTACHED PAGES 8-18</u>

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                                      ☒ Yes    ☐ No
    b.  Did you submit a request for administrative relief on Claim I?                          ☒ Yes    ☐ No
    c.  Did you appeal your request for relief on Claim I to the highest level?          ☒ Yes    ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
        <u>N/A</u>                                                                .

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: SEE ATTACHED PAGES 20-22

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   SEE ATTACHED PAGES 5-18

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   SEE ATTACHED PAGES 8-18

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
      N/A _____.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

SEE ATTACHED PAGES 23

_____

_____

_____

_____

_____

_____.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~11/16/23~~(12/5/24)
                    DATE                                    SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach
more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach
additional pages, be sure to identify which section of the complaint is being continued and number all pages.
Remember, there is no need to attach exhibits to your complaint.

COMPLAINT FOR MONEY DAMAGES AND JURY TRIAL DEMANDED

## I.INTRODUCTION

1.THIS IS A CIVIL RIGHTS COMPLAINT FOR MONETARY DAMAGES OVER THE EXCESSIVE USE OF FORCE,THE UNNECESSARY WANTON INFLICTION OF PAIN,FAILURE TO PROTECT(SPECIFICALLY PLAINTIFF),INTENTIONAL DENIAL OF MEDICAL CARE, INTENTIONAL INTERFERENCE WITH AND DELAY OF MEDICAL TREATMENT,DELIBERATE INDIFFERENCE TO PLAINTIFF'S SERIOUS MEDICAL NEED AND SAFETY,SUBJECTING PLAINTIFF TO RETALIATION AND REPRISAL,IN VIOLATION OF PLAINTIFF'S EIGHTH AND FIRST AMENDMENT GUARANTEED CONSTITUTIONAL FEDERAL RIGHT.

2.THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION 1983,TO REDRESS THE DEPRIVATION,UNDER THE COLOR OF THE STATE LAW,OF RIGHTS SECURED BY THE½ CONSTITUTION OF THE UNITED STATES.

## II.JURISDICTION AND VENUE

3.PLAINTIFF BRINGS THIS LAWSUIT PURSUANT TO 42 U.S.C.THIS COURT HAS
S
JURISDICTION UNDER 28 U.S.C.1331 AND 1343.

4.THE EASTERN DISTRICT IS AN APPROPRIATE VENUE UNDER 28 U.S.C.1391(b)(2) BECAUSE A SUBSTANTIAL PART OF THE EVENTS OR OMISSION,GIVING RISE TO THE CLAIMS THAT OCCURRED IN THIS DISTRICT.

## III.PARTIES

5.PLAINTIFF,JACQUES,MYSHIELLE(MICHAEL),WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE STATE OF CALIFORNIA OF CORRECTIONS AND REHABILITATION (CDCR).PLAINTIFF WAS AT THE TIME OF THIS INCIDENT CONFINED IN MULE CREEK STATE PRISON(MCSP),HOWEVER,AT THE TIME OF FILING THIS CONPLAINT IS CONFINE AT SALINAS VALLEY STATE PRISON(SVSP).

PLAINTIFF IS A TRANSGENDER WHO USES FEMININE PRONOUNS;WAS AT THE TIME OF
THIS INCIDENT A KNOWN TRANSGENDER AND IS CURRENTLY A TRANSGENDER WOMAN.

DEFENDANTS

6.J.BORDEWICK,A MALE CORRECTIONAL OFFICER SERGEANT EMPLOYED BY CDCR,
ASSIGNED TO MCSP 2ND WATCH--SHIFT.o ON THE DAY OF APRIL 21,2022,HE WAS
THE ADMINISTRATIVE SEGREGATION PLACEMENT UNIT ASSIGNED 2ND WATCH SHIFT
SERGEANT.HE WAS RESPONSIBLE FOR ENSURING THE SAFETY OF PLAINTIFF.

7.A.BENDER,A MALE CORRECTIONAL OFFICER EMPLOYED BY CDCR,ASSIGNED TO MCSP
2ND WATCH-SHIFT.ON THE DAY OF APRIL 21,2022,HE WAS ASSIGNED TO THE
ADMINISTRATIVE SEGREGATION PLACEMENT UNIT 2ND WATCH SHIFT AS A FLOOR STAFF
HE WAS RESPONSIBLE FOR ENSURING THE SAFETY OF PLAINTIFF.

8.R.QUICK,A MALE CORRECTIONAL OFFICER EMPLOYED BY CDCR,ASSIGNED TO MCSP
2ND WATCH-SHIFT.ON THE DAY OF APRIL 21,2022,HE WAS ASSIGNED TO THE
ADMINISTRATIVE SEGREGATION PLACEMENT UNIT 2ND WATCH-SHIFT.HE WAS
RESPONSIBLE FOR ENSURING THE SAFETY OF PLAINTIFF.

9.J.SHEETS,A MALE CORRECTIONAL OFFICER EMPLOYED BY CDCR,ASSIGNED TO MCSP
2ND WATCH-SHIFT.ON THE DAY OF APRIL 21,2022,HE WAS THE ADMINISTRATIVE
SEGREGATION PLACEMENT UNIT ASSIGNED 2ND WATCH SHIFT FLOOR STAFF.HE WAS
RESPONSIBLE FOR ENSURING THE SAFETY OF PLAINTIFF.

10.D.LARIOS,A FEMALE CORRECTIONAL OFFICER EMPLOYED BY CDCR,ASSIGNED TO
MCSP 2ND WATCH-SHIFT.ON THE DAY OF APRIL 21,2022,SHE WAS THE ADMINISTRATIVE
SEGREGATION PLACEMENT UNIT ASSIGNED 2ND WATCH-SHIFT FLOOR STAFF.SHE WAS
RESPONSIBLE FOR ENSURING THE SAFETY OF PLAINTIFF.

11.J.PIERCE,A MALE CORRECTIONAL OFFICER EMPLOYED BY CDCR,
ASSIGNED TO MCSP 2ND WATCH-SHIFT.ON THE DAY OF APRIL 21,2022,HE WAS
ASSIGNED TO THE ADMINISTRATIVE SEGREGATION PLACEMENT UNIT 2ND WATCH-SHIFT

AS THE PROPERTY OFFICER.HE WAS RESPONSIBLE FOR ENSURING THE SAFETY OF

PLAINTIFF.

12.K.THAO,A MALE CORRECTIONAL OFFICER .EMPLOYED BY CDCR,ASSIGNED TO MCSP

2ND WATCH-SHIFT.ON THE DAY OF APRIL 21,2022,HE WAS THE ADMINISTRATIVE

SEGREGATION PLACEMENT UNIT ASSIGNED 2ND WATCH-SHIFT FLOOR OFFICER.HE WAS

NOT ASSIGNED TO THE BUILDING AS A REGULAR STAFF.AT THE TIME OF INCIDENT HE

PUT INTO THE TOWER CONTROL BOOTH.HE WAS RESPONSIBLE FOR ENSURING THE

SAFETY OF PLAINTIFF.

13.K.SHOCK,A FEMALE NURSE EMPLOYED BY CDCR,ASSIGNED TO MCSP 2ND WATCH-

SHIFT.ON THE DAY OF APRIL 21,2022,SHE WAS THE ADMINISTRATIVE

SEGREGATION PLACEMENT UNIT ASSIGNED 2ND WATCH SHIFT PSYCHIATRIC TECHNICIAN

(PT)

EACH DEFENDANT WAS ACTING UNDER THE COLOR OF STATE LAW,ON APRIL 21,2022,

AND EMPLOYED AND WORKING ON THE ABOVE PARTICULAR DAY,THEREFORE BEING

SUED IN THEIR INDIVIDUAL CAPACITIES.

## IV.EXHAUSTION OF ADMINISTRATIVE REMEDIES

14.PLAINTIFF HAS EXHAUSTED ALL AVAILABLE ADMINISTRATIVE REMEDIES
REQUIRED BY PRISON LITIGATION REFORM ACT.ON APRIL 22,2022,PLAINTIFF
SUBMITTED A GRIEVANCE RAISING THE MATTERS STATEDK IN THIS COMPLAINT
WHICH CONTAINS.THREE SEPARATE ADMINISTRATIVE APPEALS(CDCR FORM 602-1)ON
APRIL 25,2022,PLAINTIFF WAS ISSUED A RECEIPT THAT APPEALS WERE RECEIVED.

 PLAINTIFF TRANSFERRED ON MAY 19,2022,FROM MULE CREEK STATE PRISON TO
CALIFORNIA STATE PRISON-SACRAMENTO(CSP-SAC)SOMETIME IN JUNE 2022.PLAINTIFF
RECEIVED MCSP OFFICE OF GRIEVANCE DECISION.
ON APRIL 27,2022,PLAINTIFF FILED AN ADDITIONAL APPEAL.ON APRIL 27,2022,
PLAINTIFF RECEIVED A RECEIPT THAT PLAINTIFF APPEAL WAS RECEIVED BY MCSP.

 ON OR ABOUT MAY 10,2022,PLAINTIFF RECEIVED AN OFFICE OF GRIEVANCE
DECISION FROM MCSP WHILE HOUSED AT CSP-SAC.ON MAY 23,2022,PLAINTIFF FILED
AN ADDITIONAL APPEAL.
 ON MAY 26,2022,CSP-SAC FOREWARD THE APPEAL TO MCSP.ON MAY 26,2022,MCSP
CHANGED THE LOG NO.(TO-260753)
 ON JUNE 8,2022,PLAINTIFF WAS ISSUED AN OFFICE OF GRIEVANCE DECISION.
 ON JUNE 19,2022,PLAINTIFF FILED AN APPEAL WITH THE OFFICE OF APPEALS.
 ON JUNE 24,2022,PLAINTIFF RECEIVED A RECEIPT FROM THE OFFICE OF APPEALS.
 ON AUGUST 23,2022,PLAINTIFF RECEIVED A RESPONSE FROM THE OFFICE OF AAPEALS
WHICH CONTAINED A DECISION.

## V.FACTUAL ALLEGATIONS

15.ON APRIL 21,2022,APPROXIMATELY 0725 HRS,DEFENDANT A.BENDER ESCORTED PLAINTIFF FROM HER ASSIGNED HOUSING MULE CREEK STATE PRISON-ADMINISTRATIVE SEGREGATION PLACEMENT UNIT-C/12(NO.137L)TO AN INTAKE HOLDING CAGE LOCATED INSIDE THE ADMINISTRATIVE SEGREGATION PLACEMENT UNIT.DIRECTLY IN FRONT OF OR AT AN ANGLE TO DEFENDANT J.BORDEWICK ASSIGNED OFFICE(UPON DEFENDANT BORDEWICKS REQUEST.)

16.SHORTLY AFTER PLACEMENT IN THE INTAKE HOLDING CAGE DEFENDANT BORDEWICK EXITED HIS OFFICE WITH AN ORANGE FOLDER.HE HANDED THIS FOLDER TO DEFENDANT A.BENDER.DEFENDANT BORDEWICK EXPLICITLY STATED TO PLAINTIFF "THAT HIM AND OTHER CORRECTIONAL STAFFING HAD BEEN REVIEWING THE DEPOSITION TRANSCRIPTS(THAT WAS SUPPOSE TO BE DELIVERED BY THE MCSP LITIGATION OFFICE)OVER A WEEK PRIOR TO INFORMING PLAINTIFF".

17.PLAINTIFF OBJECTED DUE TO NON-LITIGATION PERSONNEL,AND NON-PARTIES TO THE MATTER READING CIVIL SUIT DEPOSITION TRANSCRIPTS THAT IF AGREED TO GO TO TRIAL WOULD BE ADMISSIBLE(UPON INFORMATION AND BELIEF IS A VIOLATION OF POLICY)PLAINTIFF EXPLICITLY STATED "THAT SHE WAS FILING AN ADMINISTRATIVE APPEAL".

18.DEFENDANT BENDER BECAME UPSET BY THROWING PLAINTIFFS' DEPOSITION TRANSCRIPTS THROUGH THE INTAKE HOLDING CAGES FOOD PORT.THE ORANGE FOLDER THAT WAS SECURING THE TRANSCRIPTS OPENED UP.THE ENTIRE TRANSCRIPT WENT FLEW EVERYWHERE INSIDE THE CAGE INCLUDING THE FLOOR.

19.AS TO THE CLAIM IN PARAGRAPH 18,DEFENDANT BENDER EXPLICITLY STATED "I AM TRIED OF YOU MUTHAFUCKERS FUCKING OVER OUR STAFF WITH THESE FUCKING LAWSUITS AND GRIEVANCES".

20.TO AVOID ANY FURTHER NEGATIVE CONFRONTATION.PLAINTIFF REQUESTED TO BE TAKEN BACK TO HER ASSIGNED HOUSING.

21.AS TO THE CLAIM IN PARAGRAPH 20,DEFENDANT BENDER GRANTED PLAINTIFFS REQUEST,AS PLAINTIFF WAS STILL SECURED IN FULL WAIST CHAIN RESTRAINTS(SHE HAD A WAIST CHAIN WRAPPED AROUND HER WAIST WITH HANDCUFFS ATTACHED TO THE WAIST CHAIN,WHICH EACH OF PLAINTIFFS WRIST SECURED EACH IN THE HANDCUFF RESTRAINTS.THIS PHYSICALLY RESTRAINED PLAINTIFFS HANDS,WRIST,AND ARMS. COMPLETELY RESTRICTING PLAINTIFFS FREE MOVEMENT.HE ESCORTED PLAINTIFF TO HER ASSIGNED HOUSING BY HIMSELF WITHOUT ANY ISSUE.

22.AS PLAINTIFF ENTERED HER ASSIGNED HOUSING THE CONTROL TOWER OFFICER DEFENDANT THAO,IMMEDIATELY COMMENCE TO CLOSING PLAINTIFFS ASSIGNED HOUSING DOOR ELECTRONICALLY,AS NORMAL STANDARD PRACTICE OF AD-SEG.

23.AS TO THE CLAIM IN PARAGRAPH 22,AFTER PLAINTIFFS ASSIGNED HOUSING DOOR WAS CLOSED SECURED ELECTRONICALLY SHUT DEFENDANT BENDER,AS ROUTINE UNLATCHED THE LATCH ON THE SECRITY PORT TO RETRIEVE THE WAIST CHAIN AND HANDCUFF RESTRAINTS.

24.AS TO THE CLAIM IN PARAGRAPH 23,PLAINTIFF EXPLICITLY STATED "TO DEFENDANT BENDER "I FELT VERY UNCOMFORTABLE WITH HIM AND OTHER STAFFING READING MY DEPOSITION TRANSCRIPT DOCUMENTS;PLEASE ALLOW ME TO TALK TO A LIEUTENANT PLEASE" DEFENDANT BENDER SAID NOTHING TO PLAINTIFF IN RESPONSE.

25.SHORTLY THERE AFTER DEFENDANT BENDER REQUESTED THE CONTROL TOWER OFFICER TO REOPEN MY ASSIGNED HOUSING DOOR.THE TOWER OFFICER REFUSED TO INITIALLY OPEN THE DOOR.WHEN DEFENDANT BENDER REALIZE THE TOWER DEFENDANT THAO,WAS NOT REOPENING THE DOOR.DEFENDANT BENDER WALKED OFF SAYING SOMETHING TO BOTH THE TOWER DEFENDANT THAO,AND,VARIOUSS OTHER DEFENDANTS:(J.BORDEWICK; CORRECTIONAL SERGEANT;R.QUICK-CORRECTIONAL OFFICER;J.SHEETS-CORRECTIONAL OFFICER;J.PIERCE-CORRECTIONAL OFFICER;AND D.LARIOUS-CORRECTIONAL OFFICER)

THESE MULTIPLE DEFENDANTS COMMENCED TO PUTTING ON STATE ISSUE GLOVES, AS
THEY ALL APPROACHED PLAINTIFFS ASSIGNED HOUSING.

26. AS TO THE CLAIM IN PARAGRAPH 25, BOTH DEFENDANTS QUICK AND BORDEWICK
INSTRUCTED DEFENDANT THAO TO REOPEN PLAINTIFFS ASSIGNED HOUSING DOOR(#137)
DEFENDANT THAO OBLIGED THAT REQUEST.

27. UPON PLAINTIFF ASSIGNED HOUSING DOOR REOPENING, IMMEDIATELY PLAINTIFF
TOOK A SEAT, SO AS NOT TO BE PERCEIVED AS A THREAT BY MEANS OF INNUENDO OR
SUGGESTION AS WELL AS BY EXPRESS LANGUAGE VIA BODY OR EXPRESSIVE. WHILE
PLAINTIFF WAS SEATED AT HER DESK STILL SECURED IN FULL WAIST CHAIN
RESTRAINTS. I CALMLY AND RESPECTIVELY EXPLICITLY STATED "I FEEL UNCOMFORTABLE
NOR SAFE THAT YOU ALL HAVE READ MY DEPOSITION TRANSCRIPTS. PLEASE ALLOW ME
TO SPEAK TO THE ASSIGNED BUILDINGS ON SHIFT LIEUTENANT THANK YOU".
INADDITION TO THIS REQUEST MADE BY PLAINTIFF. I MADE IT VERY CLEAR THAT SHE
WASN'T REFUSING TO RETURN THE RESTRAINTS.

28. AS TO THE CLAIM IN PARAGRAPH 27, DEFENDANT QUICK EXPLICITLY STATED
TO PLAINTIFF "LISTEN YOUR NOT A FUCKING WOMAN, SO YOUR NOT GOING TO GET
YOUR WAY, YOU FAGOT NIGGER". PLAINTIFF WAS SO APPALLED BY HIS EPITHETS, THAT
PLAINTIFF WAS OVERWHWLMED DUE TO DEFENDANT QUICKS SEXUAL AND RACIAL
EPITHETS THAT I WAS INITIALLY FROZEN AND COULD NOT UTTER WORDS. DEFENDANT
BORDEWICK EXPLICITLY STATED TO PLAINTIFF "IF YOU DON'T GIVE US THE FUCKING
CUFFS WE ARE GOING TO COME IN THERE AND FUCK YOU UP".

29. BEFORE PLAINTIFF COULD RESPOND DEFENDANTS QUICK, BENDER, SHEETS, PIERCE,
LARIOS, AND BORDEWICK ALL RUSHED INTO PLAINTIFFS ASSIGNED HOUSING WITHOUT
ANY WARNING, VIOLATING MULTIPLE CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION-DEPATMENT OPERATIONAL MANUAL SECTION 51020.12.2 EXTACTIONS

30. AS TO THE CLAIM IN PARAGRAPH 29, DEFENDANTS INSTEAD OF ABIDING BY,
FOLLOWING POLICY AND PROCEDURES, ALL AND EACH DEFENDANT SPECIFICALLY RUSHED

INTO PLAINTIFFS ASSIGNED HOUSING WITHOUT:

A.RIOT HELMETS WITH PROTECTIVE FACE SHIELDS,PROTECTIVE.MVEST,RESPIRATOR,

ELBOW AND SHIN PROTECTORS,GLOVES,KEVLAR NECK PROTECTOR,AND BLOOD BORNE

PATHOGEN PROTECTIVE SUITS;

B.PROTECTIVE SHIELD,APPROX.22" WIDE AND 48" LONG;

C.HAND-HELD BATONS,HANDCUFFS AND LEG RESTRAINTS;

D.VIDEO CAMERAS WITH BACKUP VIDEO TAPE OR MEDIA AND BACK UP BATTERIES;

E.FAILED TO NOTIFY INCIDENT COMMANDER;

F.NO BRIEFING WAS CONDUCTED

31.AS TO THE CLAIM IN PARAGRAPH 30,ITEMS A-F WERE MANDATED PRIOR TO

DEFENDANTS BREACHING PLAINTIFFS THRESHOLD,WHICH THEY CALLOUSLY

DISREGARDED.

32.AFTER DEFENDANTS ENTERED PLAINTIFF ASSIGNED HOUSING DEFENDANT QUICK

WITH CLOSED FIST COMMENCED STRIKING PLAINTIFF MULTIPLE TIMES DIRECTLY IN

HER FACIAL AREA(E.G.BOTH LEFT AND RIGHT EYES,MOUTH,AND NOSE.);IN THE BODY

AREA(E.G.CHEST,STOMACH,AND RIBS.);AND THE HEAD AREA.


33.DEFENDANT BENDER WITH CLOSED FIST COMMENCED STRIKING ME MULTIPLE TIMES

IN MY FACIAL AREA(E.G.BOTH RIGHT AND LEFT EYES,MOUTH,AND NOSE.);THE BODY

AREA(E.G.CHEST,STOMACH,AND RIBS.);AND THE HEAD AREA.


34.DEFENDANT SHEETS WITH CLOSED FIST COMMENCED TO STRIKING PLAINTIFF

MULTIPLE TIMES IN HER HEAD AND THE BODY AREA(E.G.CHEST AND RIBS.)


35.AFTER THE DEFENDANTS IN PARAGRAPHS 32-34,EACH TOOK TURNS AFTER EACHOTH

IN STRIKING ME ABOUT THE FACE,BODY,AND HEAD AREA,DEFENDANT BORDEWICK

CONTINUED TO ORDER,INSTRUCT,AND ENCOURAGE HIS SUBORDINATES TO ASSAULT AND

BATTER ME,AND INFLICT EXCESSIVE FORCE UPON PLAINTIFFS PERSON BY EXPLICITLY

STATING "FUCK THIS PIECE OF SHIT UP.TEACH HIM TO OBEY".

36.AS TO THE CLAIM IN PARAGRAPHS 32-35,DEFENDANTS PIERCE,LARIOS,AND BORDEWICK IDLY STOOD BY AND WATCHED THE EXCESSIVE FORCE PLAINTIFF WAS SUBJECTED TO,INSTEAD OF INTERVENING PREVENTING THE EXCESSIVE FORCE.

37.AS TO THE CLAIM IN PARAGRAPH 36,EACH DEFENDANT SPECIFICALLY NAMED IN PARAGRAPH 36,HAD A REALISTIC OPPORTUNITY TO STOP THE EXCESSIVE FORCE INFLICTED UPON PLAINTIFF JACQUES,WITHOUT ANY LEGITIMATE PENOLOGICAL PURPOSE,WHILE SECURED IN WAIST/BELLY CHAIN RESTRAINTS WITH HANDCUFFS ATTACHED TO THE WAIST/BELLY CHAIN RESTRAINTS,WHICH COMPLETELY RESTRICTED MOVING PARTS OF PLAINTIFFS BODY(E.G.HANDS,WRIST,AND ARMS.),INCLUDING THE FACT PLAINTIFF JACQUES WAS ENABLE TO PROTECT HERSELF FROM THE AGGRAVATED ASSAULT SHE SUFFERED AT THE HANDS OF THE DEFENDANTS(QUICK, BENDER,AND SHEETS.)INSPITE,OF THE DEFENDANTS(PIERCE,LARIOS,AND BORDEWICK. HAVING A DUTY TO INTERVENE STOPPING THE EXCESSIVE FORCE AND AGGRAVATED ASSAULT PLAINTIFF SUFFER AT THE HANDS OF THE ABOVE DEFENDANTS,THE DEFENDANTS DID NOTHING TO STOP THE CONTINUING FORCE,DESPITE PHYSICAL INJURIES APPEARING.("BROKEN NOSE"),AND FACIAL SWELLING.

38.SHORTLY THEREAFTER EACH DEFENDANT(QUICK,BENDER,AND SHEETS.)TURN WAS COMPLETED USING AGGRAVATED ASSAULT AND EXCESSIVE FORCE ON PLAINTIFF. DEFENDANTS QUICK PICKED ME UP CARRYING ME FROM INSIDE OF MY ASSIGNED HOUSING BY MY WRIST AND ARMS,WHILE BENDER ASSISTED CARRYING ME BY MY FEET AND LOWER EXTREMITIES,DESPITE ME DISCHARGING BLOOD FROM MY NOSE,AND SLAMMED ME ON THE CONCRETE GROUND CAUSING ME TO LOSE COMPLETE CONSCIOUSNE

39.AS PLAINTIFF REGAINED CONSCIOUS,AS SHE LAID IN A PUDDLE OF BLOOD
DISCHARGING FROM HER NOSE DEFENDANTS PIERCE AND QUICK WERE USING THEIR
KNEES COMING DOWN ON THE CERVICAL SPINE OF PLAINTIFF,INCLUDING HER SPINAL
CORD AREA.

40.DEFENDANT QUICK PLACED PLAINTIFF IN A POSITIONAL ASPHYXIA;INSPITE OF
PLAINTIFF INFORMING DEFENDANTS QUICK AND PIERCE,INCLUDING OTHER DEFENDANT.
WHO JUST STOOD THERE THAT I COULD NOT BREATHED.I WAS COMPLETELY IGNOIRED.
DEFENDANT QUICK COMMENCED TO SQUEEZING PLAINTIFFS THROAT HARDER CUTTING
OF HER WIND PIPE.THIS CAUSED PLAINTIFF TO PANIC DUE TO SHE WAS(1)ALRADY
SECURED IN FULL WAIST CHAIN RESTRAINTS,(2)THE FULL WEIGHT OF BOTH DEFENDANT
QUICK AND PIERCE ON BOTH MY CERVICAL SPINE AND SPINAL CORD AREA,AND(3)I
COULD NOT BREATHE THOROUGH MY NOSE.

41.DEFENDANT BORDEWICK EXPLICITLY STATED TO DEFENDANTS PIERCE,QUICK,AND
ALL OTHER DEFENDANTS STANDING AROUND. "WE FUCKED HIM UP.WE HAVE TO COVER
OUR ASS.COVER OUR ASS.CALL A CODE 1(ONE)".(DEFENDANT BORDEWICK WAS
REFERRING TO PLAINTIFF JACQUES,WHEN HE INDICATED TO HIS SUBORDINATES WE
FUCKED HIM UP.)DEFENDANT QUICK EXPLICITLY STATED "HE SPIT RIGHT.GET A SPI
MASK".A SPIT MASK WAS PROVIDED TO DEFENDANT QUICK.HE PLACED THE SPIT MASK
ON PLAINTIFF,INSPITE OF THIS BEING COMPLETELY FABRICATED BY DEFENDANTS
THAT PLAINTIFF INFACT SPIT ON DEFENDANT QUICK,.

42.AFTER DEFENDANT LARIOS PLACED PLAINTIFF IN LEG RESTRAINTS.THEY WERE
EXCESSIVELY THIGHT.PLAINTIFF COULD FEEL SHE WAS COMMENCEING TO LOSE
CIRCULATION IN MY LOWER EXTREMITIES.DESPITE IN DESPITE OF PLAINTIFF
JACQUES,AGAIN AND AGAIN TELLING DEFENDANT LARIOS AND OTHER DEFENDANTS THAT
THE RESTRAINTS ON MY LEGS,AROUND MY WAIST,AND AROUND MY WRIST WERE
EXCESSIVELY TIGHT AND CAUSING CIRCULATION PREVENTING.PLAINTIFF WAS JUST
IGNORED.

43. AS TO THE CLAIM IN PARAGRAPH 42,DEFENDANT LARIOS AFTER SECURING PLAINTIFF IN LEG RESTRAINTS,EXPLICITLY STATED "SHUT THE FUCK UP".SHE THEN COMMENCED TO KICKING PLAINTIFF JACQUES IN HER BODY AREA(E.G.LEGS).

44. AS PLAINTIFF WAS BEING ESCORTED TO AN INTAKE HOLDING CAGE SHE MADE VARIOUS DEFENDANTS AWARE SHE REQUIRED IMMEDIATEDS.MEDICAL ATTENTION DUE TO HER EXPERIENCING SEVERE PAIN IN HER CERVICAL SPINE AND NOSE.UNBEKNOWNST TO PLAINTIFF AT THE TIME SHE SUSTAINED DAMAGE TO BOTH HER CERVICAL SPINE AND NOSE.

45. AFTER PLAINTIFF WAS SECURED INSIDE THE HOLDING CAGE SHE AGAIN PUT THE DEFENDANTS ON NOTICE,INCLUDING DEFENDANT SHOCK,HER ASSIGNED NURSE ON THAT PARTICULAR DAY OF APRIL 21,2022;THAT SHE WAS IN NEED OF MEDICAL CARE BECAUSE SHE WAS EXPERIENCING SEVERE PAIN IN HER CERVICAL SPINE,HER HEAD (FRONT & BACK.),AND HER NOSE,WHICH WAS BLEEDING PROFUSELY.UNABLE TO REALLY STAND STRAIGHT AND BECOMING DIZZY.NOT ABLE TO FULLY BALANCE MYSELF PLAINTIFF EXPLAINED TO DEFENDANT SHOCK THAT HER HEAD WAS SLAMMED TO THE GROUND CAUSING HER TO LOSE CONSCIOUSNESS.SHE OR NO OTHER DEFENDANT TOOK ANY ACTION.

46. DEFENDANT BORDEWICK THEN INSTRUCTED DEFENDANT SHOCK TO MINIMIZE PLAINTIFF INJURIES THAT WERE ACTUALLY DISCOVERED UPON HER PERSON (SUSTAINED BY THE DEFENDANTS IN THIS CASE:QUICK,BENDER,SHEETS,PIERCE,AND LARIOS.),SO NOT TO REVEAL THE FULL INJURY STATUS OF PLAINTIFF.DEFENDANT SHOCK EXPLICITLY STATED TO DEFENDANT BORDEWICK "I AM NOT ON INMATES SIDE. I ROCK THE BLUELINE". BOTH DEFENDANTS THEN COMMENCED TO SHARING LAUGHS BETWEEN EACHOTHER WHILE DIRECTLY IN FRONT OF PLAINTIFF.

47. DEFENDANT SHOCK TURNED TO PLAINTIFF FINALLY ASKING HER WHAT INJURIES SHE HAVE.AS PLAINTIFF COMMENCED TO DESCRIBING HER INJURIES DEFENDANT SHOCK,IN RESPONSE EXPLICITLY STATED "YOU CAN'T HAVE ALL THOSE FUCKING

INJURIES" SHE IMMEDIATELY STARTED LAUGHING WHILE WALKING OFF.SHE

COMPLETELY REFUSED TO DOCUMENT ALL OF PLAINTIFFS INJURIES ON A CDCR-7219

MEDICAL INJURY REPORT,INCLUDING PLAINTIFFS STATEMENT IN HER OWN WORDS.SHE

ALSO REFUSED TO PROVIDE PLAINTIFF WITH ANY KIND OF MEDICAL CARE IN

DESPITE OF BEING AWARE PLAINTIFF WAS PROFUSELY BLEEDING FROM HER NOSE,

WHICH WAS BROKEN HOWEVER,UNBEKNOWNST TO PLAINTIFF AT THE TIME,DUE TO HER

HAVING NO MEDICAL EXPERIENCE AS A LICENSED MEDICAL OFFICIAL.


48.AS TO THE CLAIM IN PARAGRAPH 47,UPON INFORMATION AND BELIEF,
DEFENDANT SHOCK VIOLATED POLICY WHEN SHE REFUSED TO COMPLETE A CDCR-7219
IN THE PRESENCE OF PLAINTIFF.ALL DOCUMENTED CDCR-7219 MEDICAL INJURY
REPORT-MEDICAL EVALUATION ARE TO BE COMPLETED IN THE PRESENCE OF AN INMATE


49.PLAINTIFF JACQUES WAS CONFINED INSIDE THE INTAKE HOLDING CAGE OVER A
4(FOUR)PERIOD UNSUPERVISED BY EITHER CUSTODY OR MEDICAL PERSONNEL,NOR
PROVIDED WITH ANY MEDICAL CARE.FROM 0755-1215 HRS,PLAINTIFF WAS CONFINED
INSIDE THE INTAKE HOLDING CAGE WHILE SECURED IN FULL WAIST AND LEG.CHAIN
RESTRAINTS THAT WERE EXCESSIVELY TIGHT AND CAUSING PLAINTIFFS HANDS TO
TURN BLUISH/PURPLE,HER WRIST EXTREMELY RED,IRRITATED,AND SORE.BOTH HER
HANDS AND FEET WERE GOING NUMB. PLAINTIFF WAS DENIED THE OPPORTUNITY TO
THE RESTROOM FACILITIES,GET A DRINK OF WATER.THIS CAUSED PLAINTIFF TO HAVE
TO GO TO THE RESTROOM ON HERSELF BECAUSE THIS WAS THE ONLY WAY SHE COULD
RELIEVE HERSELF.

50. AS TO THE CLAIM IN PARAGRAPH 49,THESE PARTICULAR DEFENDANTS WHO
REFUSED TO ALLOW PLAINTIFF ACCESS TO THE BATHROOM FACILITIES OR LOOSEN THE
RESTRAINTS ON EITHER OF THE HANDS,WRIST,WAIST,OR LEGS.(BORDEWICK,
QUICK,SHEETS,BENDER,AND LARIOS.)DEFENDANT SHOCK,WHO WAS MEDICALLY

LICENSED,WITNESSED PLAINTIFF INJURIES,YET FAILED TO PROVIDE MEDICAL CARE
EVEN IN DESPITE OF PLAINTIFF REQUESTING IT.

51.DEFENDANT BORDEWICK ACCOMPANIED BY DEFENDANTS QUICK,BENDER,AND SHOCK
ALL BRIEFLY VISTED  PLAINTIFF PRIOR TO NOON **PILL** CALL;WHILE STILL SECURE
INSIDE THE INTAKE HOLDING CAGE.DEFENDANT BORDEWICK EXPLICITLY STATED "IF
YOU WOULDN'T HAVE CONTINUED TO REPEATLY ASK TO SPEAK TO THE LIEUTENANT
YOU WOULDN'T BE HERE,AND THIS INCIDENT WOULD NOT HAVE HAPPENED TO YOU.
LOOK IF YOU DON'T SAY ANYTHING ABOUT WHAT HAPPENED,AND ABOUTN THE NURSE
NOT DOCUMENTING ALL YOUR INJURIES" WE'LL HAVE THE RN CLEAN YOUR WOUNDS,
AND TAKE YOU BACK TO YOUR CELL.IF YOU SAY ANYTHING CONCERNING WHAT TOOK
(HE POINTED TO HISSELF AND OTHER DEFENDANTS)WERE GOING TO MAKE DAMN.SURE
YOU DON'T LEAVE AD-SEG FOR A LONG PERIOD OF TIME.WHAT WE SAY GO,YOU
ALREADY KNOW NO ONE IS GOING TO BELIEVE YOU OVER US".
52.AS TO THE CLAIM IN PARAGRAPH 51,DEFENDANT BORDEWICK ACCOMPANIED BY
THE ASSIGNED RN(JAMES MCCRORY)TO THE HOLDING CAGE PLAINTIFF WAS SECURED
IN.THE AD-SEG SERGEANT DEFENDANT BORDEWICK REQUESTED THAT THE RN MR.
MCCRORY PERFORM WOUND/DRESSING FOR PLAINTIFF JACQUES'S WOUNDS,DUE TO A
CELL EXTRACTION.HOWEVER,BECAUSE OF THE FACIAL SWELLING SUSTAINED TO
INMATES FACIAL AREA,AND PERSISTENT BLEEDING TO PLAINTIFF JACQUES'S NOSE,
THE RN-MCCRORY INFORMED DEFENDANT BORDEWICK THAT PLAINTIFF NEEDED TO BE
TRANSPORTED TO THE MCSP INSTITUTIONS TTA FORM EXTENSIVE ASSESSMENT".

53.AS TO THE CLAIM IN PARAGRAPH 52,DEFENDANT BORDEWICK BECAME UPSET
WHEN THE RN REFUSED TO PERFORM WOUND/DRESSING PRIOR TO BEING SEEN BY THE
DOCTOR IN THE MCSP INSTITUTIONS TTA.AS A RESULT PLAINTIFF WAS JUST LEFT
IN THE INTAKE HOLDING CAGE AN ADDITIONAL HOUR(12:15PM)AFTER VISTED BY THE
ASSIGNED RN-MCCRORY(11:14AM)DEFENDANT BORDEWICK REFUSED TO STILL LOOSEN
OR REMOVE THE RESTRAINTS,NOR ALLOWED PLAINTIFF RESTROOM,AND WATER BREAKS

54. AS TO THE CLAIM IN PARAGRAPH 53,PLAINTIFF INFORMED THE DEFENDANTS SHE WOULD BE FILING AN ADMINISTRATIVE(CDCR FORM 602-1)APPEAL.DEFENDANTS QUICK RESPONSED EXPLICITLY STATING "THAT'S WHY YOUR IN THE FUCKING POSITION YOUR IN NOW,BECAUSE YOU SNITCH ON STAFF". BEFORE PLAINTIFF COULD RESPOND DEFENDANT BORDEWICK EXPLICITLY STATED "YOUR IN THIS POSITION BECAUSE OF YOUR GRIEVANCES". DEFENDANT BORDEWICK EXPLICITLY STATED "IF YOU GO TO THE TTA,AND SAY ANYTHING YOU'LL WISH YOU FUCKING DIDN'T". PLAINTIFF JUST AVOIDED THE ENTIRE CONFRONTATION BY REFUSING TO SAY ANYTHING.

55. ON APRIL 21,2022,APPROXIMATELY 12:15PM,PLAINTIFF JACQUES'S  WAS TRANSPORTED VIA WHEELCHAIR TO THE TTA.SHE WAS SEEN BY THE TTA-P&S DOCTOR SNOOK,BRIAN,WHO MEDICALLY EVALUATED ME FOR FACIAL TRAUMA.HE DOCUMENTED PLAINTIFF WAS IN DISTRESS,OBVIOUS BLOOD ON FACE/BELOW NOSE ONTO THE FRONT OF SHIRT.BRIDGE OF NOSE SWOLLEN,NOSTRILS CAKED WITH BLOOD,SWELLING ON THE LEFT MAXILLA,AND POTENTIAL BROKEN NASAL BONES.

56. PLAINTIFF WAS THEN SEEN BY THE TTA-RN ANDERSON,BOWMARIE.SHE COMPLETED A THOROUGH CDCR-7219 MEDICAL INJURY REPORT-MEDICAL EVALUATION. VARIOUS INJURIES WERE DISCOVERED.(ACTIVE BLEEDING FROM PLAINTIFFS NOSE, ABRASIONS,PAIN,AND SWELLING ALL SUSTAINED TO PLAINTIFFS NOSE AREA.HER CERVICAL SPINE,KNEE,FRONT AND BACK HEAD AREA ALL SUSTAINED INJURIES.)

57. AS TO THE CLAIM IN PARAGRAPH 56,PLAINTIFF WAS TRANSPORTED TO THE SUTTER HOSPITAL-EMERGENCY DEPARTMENT ROOM,WHERE A CT AND MRI SCAN WERE COMPLETED.VARIOUS INJURIES WERE DISCOVERED(CONCUSSION,CERVICAL FRACTURE, SPINAL CORD INJURY,FACIAL FRACTURE,CONTUSION,LACERATION),ALL STEMMING FROM AN ASSAULT ON MY PERSON.A 45-PAGE REPORT WAS RETURNED GENERATED.

58.PLAINTIFF,IN DESPITE OF FILING AN ADMINISTRATIVE(CDCR FORM 602-1)
APPEAL LOG#248607-CLAIM #001 AND #003,**RECEIVED** A RESPONSE FROM THE
OFFICE OF GRIEVANCE DECISION CLAIM #001 SUB-CATEGORY:USE OF FORCE. IT
EXPLICITLY STATED "THE CALIFORNIA DEPARTMENT AND REHABILITATION RECEIVED
YOUR GRIEVANCE ON 4/25/2022 WHICH YOU SUBMITTED ON 4/22/2022...PURSUANT TO
THE CALIFORNIA CODE OF REGULATIONS,TITLE 15,YOUR CLAIM HAS BEEN
IDENTIFIED AS AN ALLEGATION OF STAFF MISCONDUCT,MEANING IT WILL BE
REFERRED OUTSIDE THE GRIEVANCE AND APPEAL PROCESS TO AN APPOPRIATE
AUTHORITY WITHIN THE DEPARTMENT FOR THE PURPOSE OF GATHERING FACTS NEEDED
TO PROVE OR DISPROVE THE ALLEGATION.A SEPARATE RESPONSE WILL BE PROVIDED
TO YOU AT THE CONCLUSION OF THAT PROCESS"THIS WAS THE SAME LANGUAGE FOR
CLAIM #003...**THIS SPECIFIC** PROCEDURE USED BY THE MCSP OFFICE OF GRIEVANCE
UTILIZED IMPEDED PLAINTIFF JACQUES'S PROCESS FOR CIVIL SUIT PURPOSES.(1)
THE PROCEDURE WAS DEAD END,BECAUSE YET TO THIS DATE,PLAINTIFF HAS NEVERED
RECEIVED A SEPARATE RESPONSE TO PROVE OR DISPROVE PLAINTIFFS ALLEGATIONS.
THIS SHOWED OFFICERS UNABLE OR CONSISTENTLY UNWILLING TO PROVIDE PLAINTIFF
ANY RELIEF;(2)PRACTICALLY SPEAKING,THE ADMINISTRATIVE REMEDIES ARE SO
CONFUSING OR COMPLEX WITH THE RESPONSE PROVIDED TO PLAINTIFF,THAT NO
ORDINARY PERSON CAN USE IT;AND(3)OF THE MANY TYPE RESPONSES THAT THE
OFFICE OF GRIEVANCES CAN ISSUE UNDER(15 CCR 3483(i).)THOSE TYPES WERE NOT
PROVIDED TO PLAINTIFF.MOREOVER,THIS SPECIFIC CASE WAS FILIED BY PLAINTIFF
PERSONALLY USING THE CDCR LEGAL MAIL SYSTEM,IN WHICH PLAINTIFF FOLLOWED
ALL PROCEDURES.I FILED THIS CASE ON NOVEMBER 16,2023.**ON THAT** PARTICULAR
DAY PLAINTIFF HANDED HER MAIL TO CORRECTIONAL OFFICER A.GOMEZ.ON 11/16/23
OFFICER GOMEZ REFUSED TO SEAL PLAINTIFFS LEGAL MAIL IN HER PRESENCE WITH
TAPE.I FILED AN ADMINISTRATIVE (CDCR FORM 602-1)APPEAL LOG#481820...
THE MERITS OF PLAINTIFFS ARGUMENTS WERE OFFICERS ARE REQUIRED TO HAVE TAPE
AND OTHER MEANS FOR SEALING INMATES LEGAL MAIL IN THE PRESENCE OF INMATES

WHO USE THE CDCR INSTITUTIONS LEGAL MAILING SYSTEM.PER THE CAL.CODE OF
REGS,TITLE 15 SECT,SUBD.(a)CONFIDENTIAL CORRESPONDENCE IS A RIGHT
GUARANTEED BY LAW.PLAINTIFF GOT IN CONTACT WITH AN ATTORNEY INVOLVING THIS
CASE.I EXPLAINED THAT I HAVE FILED MY CASE 11/16/2023,I HAVE YET TO HEAR
FROM THE EASTERN DISTRICT COURT.MR.KISOB,CHECKED THE ELECTRONIC SYSTEM FOR
THE EASTERN DISTRICT AND IT DIDN'T SHOW PLAINTIFFS CASE IN THIS MATTER WAS
FILED.ON 11/18/2024,IS WHEN ATTORNEY KISOB CHECKED THE COURT-EASTERN
DISTRICT SYSTEM.BECAUSE THERE IS NO ELECTRONIC FILING AT THE SVSP,IT WAS
IMPOSSIBLE FOR PLAINTIFF TO HAVE KNOWN THAT HER COMPLAINT HAD NOT EVEN
BEEN FILED.NO PENALTY SHOULD COME TO PLAINTIFF,FOR PLAINTIFF DID NO
WRONG DOING,NOR IS IT ANY FAULT OF PLAINTIFF THAT HER COMPLAINT WASN'T
YET FILED.

  59.IN THIS CASE PLAINTIFF RECEIVED AN RVR-115 LOG#7179044#SPECIFIC ACT:
AGGRAVATED BATTERY ON A NON-INMATE BY MEANS OF GASSING.INITIALLY I DIDN'T
POSTPONE THIS RVR-115.WHILE IN AD-SEG MY QUESTIONS FOR VARIOUS WITNESSES
CAME UP MISSING AFTER ATTENDING REC YARD.I WAS FORCED TO POSTPONE ON
MAY 17,2022.PLAINTIFF WAS TRANSFERRED TO CALIFORNIA STATE PRISON-
SACRAMENTO THE SAME DAY.AFTER ARRIVING AT CSP-SAC,ON 1/30/2023 AND 2/9/2023
PLAINTIFF FILED TWO GA-22 FORMS,SHE RECEIVED NO RESPONSE REQUESTING TO
REVOKE POSTPONEMENT.ON 2/21/2023,PLAINTIFF FILED A FORM-22 WHICH REQUIRE A
STAFF SIGNATURE.PLAINTIFF STILL RECEIVED NO RESPONSE.PLAINTIFF WAS FORCED
TO FILE AN ADMINISTRATIVE(CDCR FORM 602-1)APPEAL LOG#377275;DATED 3/20/23
ON 3/29/2023,PLAINTIFF FILED AN APPEAL TO THE OFFICE OF APPEALS.ON
8/2/2023,PLAINTIFF RECEIVED A DECISION FROM THE OFFICE OF APPEALS
INDICATING THE TIME EXPIRED AT THE OFFICE OF APPEALS LEVEL.THEREFORE,NO
RESPONSE WAS EVER PROVIDED TO ME FROM THE OOA,EXCEPT INDICATING TIME
 EXPIRED.PLAINTIFF ATTENDED HER DISCIPLINARY HEARING ON 5/3/2023.THE
AGGRAVATED BATTERY ON A NON-INMATE BY MEANS OF GASSING WAS DROPPED.

60.IN THE BODY OF THE RVR-115 DEFENDANT QUICK ADMITTED TO STRIKING

PLAINTIFF ONCE IN THE FACIAL AREA.HE IS THE ONLY DEFENDANT THAT ADMITTED

THAT HE PHYSICALLY STRUCK ME.HOWEVER,THAT IS IMPOSSIBLE THAT HE(1)ONLY

STRUCK ME ONCE IN THE FACIAL AREA AND (2)THAT HE WAS THE ONLY DEFENDANT

THAT STRUCK PLAINTIFF. DEFENDANTS QUICK AND BENDER BOTH STRUCK PLAINTIFF

REPEATLY IN HER FACIL AREA,HEAD,AND BODY.DEFENDANT SHHETS STRUCK ME

REPEATEDLY IN THE HEAD AND BODY.DEFENDANT PIERCEAND AND QUICK BOTH

DAMAGED PLAINTIFFS. CERVICAL SPINE BY COMING DOWN WITH THEIR KNEES  ON MY

CERVICAL SPINE.DEFENDANT LARIOS KICKED ME SEVERAL TIMES AFTER APPLYING

LEG RESTRAINTS.

61.AS TO THE CLAIM IN PARAGRAPH 60, ON 6/20/2022,PLAINTIFF WAS SEEN BY

ASSIGNED NEUROSURGEON SENEGOR,MORRIS.HE RECOMMENDED INITIALLY PHYSICAL

CONSERVATIVE THERAPY TO PLAINTIFFS CERVICAL AND LUMBAR REGIONS.DUE TO

CDCR DIDN'T PROVIDE THE SUTTER EMERGENCY ROOM MRI IMAGES,HE WAS FORCED TO

MAKE THIS RECOMMENDATION.PLAINTIFF FAILED PHYSICAL THERAPY BECAUSE

TO FAR DAMAGED.ON 9/19/2022,PLAINTIFF WAS AGAIN SEEN BY HER NEUROSURGEON

SPECIALIST.AFTER HIS REVIEW OF THE MRI FROM SUTTER EMERGENCY ROOM,AND THE

FACT THAT PLAINTIFF CONDITIONS WORSENED.HE ORDER A SURGICAL PROCEDURE

C5-6,C6-7 ARTHROPLASTY WITH MOBI-C DEVICES,ZIMMER.

62.AS TO THE CLAIM IN PARAGRAPH 60,ON 10/11/2022,PLAINTIFF WAS SEEN BY

HER ASSIGNED ENT-SPECIALIST GRAY,ROBERT.DUE TO THE ASSAULT ON APRIL 21,2022

WHERE SHE WAS SUBSEQUENTLY SEEN IN THE EMERGENCY ROOM A CT SCAN OF THE

FACIAL BONES DEMONSTRATED A MINIMALLY DISPLACED NASAL FRACTURE.PLAINTIFF

WAS  BECAUSE OF HER DEVIATED SEPTUM TO THE RIGHT.SHE WAS GIVEN FLONASE

AND A NASAL SALINE IRRIGATION.ON 11/29/2022,PLAINTIFF WAS SEEN BY HER

ENT-SPECIALIST AGAIN.BECAUSE MEDICAL THERAPY FAILED/ UNSUCESSFUL.A

SURGERY WAS REQUESTED.A"SEPTOPLASTY".ON 2/22/2023,PLAINTIFF WAS TAKEN INTO

SURGERY.ONCE IN SURGERY PLAINTIFF HAD TO HAVE BILATERAL SURGERY DUE TO

THE SEVERITY OF THE DAMAGE.

63.AS TO THE CLAIM IN PARAGRAPH 60,PLAINTIFF WHILE HOUSED AT MCSP HAS

MULTIPLE CDCR-7362'S SHOWING THE SUFFERRING PLAINTIFF EXPERIENCED.(*HEAD

ACHES,BLSSY,SWIMMY,WOOZY;UNABLE TO BREATHE THROUGH HER NOSE,BLOOD RUNNING

FROM HER NOSE;ABRASIONS AND CUTS TO HER FACIAL AREA,BOTH WRIST,AND BOTH

ANKLES;PURPLE COLOR AROUND BOTH EYES AND DEEPLY BRUISED;BOTH CERVICAL AND

SPINAL PAIN,WHICH WORSENED.)PLAINTIFF EXPERIENCED THIS FROM 4/22/2022-

5/19/2022.THERE WERE DAYS THE PAIN WAS TOTALLY UNBARABLE./PAINFUL.

64.AS TO THE CLAIM IN PARAGRAPH 60,PLAINTIFF WHILE HOUSED AT CSP-SAC

CONDITIONS WORSENED THEN SHOWN IN PARAGRAPH 63.PLAINTIFF EXPERIENCED

THESE SYMPTOMS AND PAIN FROM 5/20/2022-2/27/2023.SINCE TRANSFERRING TO

SALINAS VALLEY STATE PRISON,PLAINTIFF HAS EXPERIENCED SIMLAR SYMPTOMS.

65.PLAINTIFF SUFFERRED SEVERE MENTAL HEALTH ISSUES AS WELL,AS TO THE CLAIM

IN PARAGRAPH 60.FROM APRIL 2022-DECEMBER 2024(THOSE SYMPTOMS ARE

(PTSD,TRAUMA,NIGHTMARES,AND SEVERE MENTAL DISTRESS.)

66. PLAINTIFF CONTACTED ROSEN BIEN, GALVAN, AND GRUNFELD (RBGG)
ATTORNEY'S WHO REPRESENT INMATES WHO ARE
PARTICIPANTS OF THE MENTAL HEALTH -CCCMS OR EOP LEVEL OF CARE.
ON APRIL 23 2023, PLAINTIFF JACQUES MADE TWO OF HER LAST
CONTACTS VIA LETTER, AND AGAIN ON APRIL 28 2023, VIA VOICEMAIL.
ON MAY 9 2023, PLAINTIFF RECEIVED A LETTER FROM RBGG ATTORNEY'S
WHO CONDUCTED AND COMPLETED AN INVESTIGATION INTO THE
APRIL 21, 2022 INCIDENT WHICH LEAD TO A GENERATED RVR-115
LOG # 7179044. THEIR INVESTIGATION LEAD TO DISCOVERY THAT, THE
FALSE RVR I RECEIVED FOR ALLEGELY SPITTING ON AN OFFICER WAS FALSE
THEY SUBMITTED AN ADVOCACY LETTER TO CDCR INFORMING THEM OF THIS TO
NO AVAIL.

VI.CLAIMS FOR RELIEF

A.FIRST CLAIM FOR RELIEF

PLAINTIFF'S FIRST AMENDMENT RIGHT WAS VIOLATED WHEN SHE WAS RETALIATED

AGAINST FOR EXERCISING HER CONSTITUTIONAL RIGHT("PROTECTED CONDUCT")

67.PLAINTIFF JACQUES REALLEGES AND INCORPORATES BY REFERENCE EACH

ALLEGATION OF PARAGRAPH 1 THROUGH 66,INCLUSIVE,AS THOUGH THEY WERE STATED
FULLY HEREIN.

68.DEFENDANT BENDER,QUICK,AND BORDEWICK VIOLATED PLAINTIFFS' FIRST

AMENDMENT RIGHT,WHEN THEY INTENTIONALLY RETALIATED AGAINST ME,FOR DOING

SOMETHING SHE HAD A CONSTITUTIONAL RIGHT TO DO "PROTECTED CONDUCT" WHAT

ABOVE DEFENDANTS DID WAS SO BAD THAT IT WOULD STOP AN "AVERAGE PERSON"

FOR CONTINUING THEIR GRIEVANCES,"ADVERSE ACTION" THESE DEFENDANTS DID

WHAT THEY DID TO PLAINTIFF BECAUSE PLAINTIFF WAS EXERCISING HER FIRST

AMENDMENT RIGHT."CAUSAL CONNECTION"(SEE PARAGRAPHS 16-19 AND 51-54.)

69.DEFENDANTS WRONGFUL ACTIONS ALLEGED HEREIN ARE IN VIOLATION OF 42 U.S.

SECTION 1983;THEY DEPRIVE PLAINTIFF OF HER RIGHTS,BENEFITS, AND

PRIVILEGES SECURED BY THE UNITED STATES CONSTITUTION.

70.DEFENDANTS ACTS WERE WILLFUL,INTENTIONAL,MALICIOUS,WANTON,AND

DESPICABLE IN CONSCIOUS DISREGARD OF PLAINTIFFS' CONSTITUTIONAL FEDERAL

RIGHT GUARANTEED PROTECTED CONSTITUTIONAL RIGHTS,ENTITLING PLAINTIFF TO

AN AWARD OF COMPENSATORY AND PUNITIVE DAMAGES.

B.SECOND CLAIM FOR RELIEF

PLAINTIFF WAS SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF

THE EIGHTH AMENDMENT RIGHT TO THE CONSTITUTION,WHEN DENIED THE RIGHT TO

BE FREE FROM DELIBERATE INDIFFERENCE,INTENTIONAL DENIAL OF MEDICAL CARE,

BEING SUBJECTED TO DELIBERATE INDIFFERENCE,AND FAILURE-TO-PROTECT.

AND TO INTERVENE. *"INCLUDING VIOLATION OF PLAINTIFFS' EIGHTH AMENDMENT DUE TO EXCESSIVE FORCE, CAUSING SEVERE INJURIES."*

71.PLAINTIFF JACQUES'S REALLEGES AND INCORPORATES BY REFERENCE EACH OF THE

GENERAL ALLEGATIONS OF PARAGRAPHS 1 THROUGH 66,INCLUSIVE,AND PARAGRAPHS

67 through 70,INCLUSIVE,OF THE FIRST CLAIM,AS IF ALLEGED HEREIN.


72.DEFENDANTS QUICK,BENDER,SHEETS,PIERCE,AND LARIOS VIOLATED PLAINTIFFS

EIGHTH AMENDMENT RIGHT TO BE PROTECTED FROM CRUEL AND UNUSUAL PUNISHMENT

IN THE FORM OF EXCESSIVE FORCE,BY THEIR UNNECESSARY AND WANTON INFLICTION

OF PAIN.(SEE PARAGRAPHS 25-43.)

73.DEFENDANTS QUICK,BENDER,SHEETS,PIERCE,AND LARIOS ALL VIOLATED

PLAINTIFFS EIGHTH AMENDMENT,WHEN THEY USED FORCE THAT WAS EXCESSIVE AND

NOT APPLIED IN AN EFFORT TO MAINTAIN OR RESTORE DISCIPLINE,BUT WAS USED

TO MALICIOUSLY AND SADISTICALLY CAUSE HARM.(SEE PARAGRAPH 25-43.)

74.DEFENDANTS QUICK,BENDER,SHEETS,PIERCE, AND LARIOS HAD NO JUSTIFICATION

TO USE EXCESSIVE FORCE AGAINST PLAINTIFF WHO WAS SECURED IN FULL WAIST

CHAIN RESTRAINTS.WAS NOT AT ANYTIME A THREAT TO EITHER THE SAFETY OF

STAFF OR INMATES,AND THERE WAS NO "LEGITIMATE PENOLOGICAL PURPOSE" TO

JUSTIFY THEIR EXCESSIVE FORCE.(SEE PARAGRAPHS 25-43.)

75.DEFENDANTS BORDEWICK WHO ENCOURAGED AND WATCH HIS SUBORDINATES USE

EXCESSIVE FORCE AGAINST PLAINTIFF,AS AN OBSERVER AND SUPERIOR OFFICER,HAD

A MANDATED DUTY TO INTERVENE AND STOP THE EXCESSIVE FORCE FROM CONTINUING

DUE TO HIS FAILURE TO INTERVENE,HE IS LIABLE FOR THE INJURIES THAT

RESULTED,THAT PLAINTIFF SUSTAINED.(SEE PARAGRAPHS 25-43.)

76.DEFENDANT BORDEWICK WAS THE SUPERVISOR AND BYSTANDER PRESENT DURING

THE ATTACK.HE DID NOTHING TO STOP IT,OR INTERVENE,INFACT HE ENCOURAGED IT

INSPITE,OF HIM HAVING AN "REALIST OPPORTUNITY" TO PREVENT IT,HOWEVER,

FAILED TO.HIS ACTIONS AND INACTIONS AS A SUPERVISOR AND SERGEANT

CAUSED AND CONTRIBUTED TO THE ATTACK PLAINTIFF WAS SUBJECT TO AT THE

HANDS OF THE DEFENDANTS.(SEE PARAGRAPHS 27-54.)

77.DEFENDANT SHOCK A LICENSED MEDICAL EMPLOYEE TASKED WITH THE

RESPONSIBILITY OF PROVIDING INMATES MEDICAL CARE,FAILED TO PROVIDED

PLAINTIFF ANY MEDICAL CARE WHATSOEVER;THUS VIOLATING PLAINTIFFS EIGHTH

AMENDMENT RIGHT GUARANTEED BY THE U.S.CONSTITUTION.

78.ALL AND EACH OF THE DEFENDANTS IN THIS MATTER FAILED TO PROVIDE

MEDICAL CARE,DESPITE THEM ALL WITNESSING PLAINTIFFS INJURIES,PLAINTIFF

REQUESTING MEDICAL CARE,THE PHYSICAL DISCOMFORT PLAINTIFF WAS EXPERIENCING

REFUSING TO ALLOW PLAINTIFF TO USE THE RESTROOM FACILITIES,UNSUPERVISED

WHILE IN RESTRAINTS THAT WERE EXCESSIVELY TIGHT AND CAUSING PHYSICAL

DISCOMFORT,THUS  FAILING-TO-PROTECT PLAINTIFF,AND SUBJECTING PLAINTIFF TO

DELIBERATE INDIFFERENCE,TO HER SERIOUS MEDICAL NEED AND SAFETY.(SEE

PARAGRAPHS 32-54.)

79.DEFENDANTS BORDEWICK,QUICK,BENDER,SHEETS,PIERCE,LARIOS,THAO,AND SHOCK

ALL WERE DELIBERATE INDIFFERENT TO PLAINTIFFS HEALTH AND SAFETY DESPITE,

THAT EACH OF THE DEFENDANTS "KNOWING THAT PLAINTIFF FACED A SUBSTANTIAL

RISK OF SERIOUS HARM AND DISREGARDED THAT RISK BY FAILING TO TAKE

REASONABLE MEASURES TO ABATE IT".(SEE PARAGRAPHS 25-65.)

80.EACH AND ALL DEFENDANTS IN PARAGRAPH 79,KNEW ABOUT A SUBSTANTIAL RISK

OF SERIOUS HARM TO PLAINTIFF.SHE PUT THE DEFENDANTS ON NOTICE OF THOSE

RISK TO HERSELF.SHE SPECIFICALLY DESCRIBED THE RISK AND REQUESTED

ACTION,TO NO AVAIL.DEFENDANTS FAILED TO MAKE A GOOD-FAITH EFFORT TO

INVESTIGATE THE PROBLEM AND FIX IT.THE DEFENDANTS RESPONSE IN LIGHT OF

THE INFORMATION THEY POSSESSED AT THE TIME,THE PRACTICAL LIMITATIONS OF

THEIR POSITION,AND ALTERNATIVE COURSES OF ACTION THAT WOULD HAVEB BEEN

APPARENT TO AN OFFICIAL IN THEIR POSITION.(SEE PARAGRAPHS 25-65.)

81.EACH DEFENDANT IN PARAGRAPH 79,KNEW PLAINTIFF HAD BEEN EXPOSED TO A

SUBSTANTIAL RISK OF SERIOUS HARM.THEIR FAILURE-TO-PROTECT RESULTED IN

PLAINTIFF BEING INJURIED AS THE RESULT OF BEING ASSAULTED BY THE

DEFENDANTS.

82.DEFENDANTS WRONGFUL ACTIONS ALLEGED HEREIN ARE IN VIOLATION OF 42

u,U.S.C. SECTION 1983 BECAUSE THEY HAVE DEPRIVED PLAINTIFF OF HER RIGHTS,

BENEFITS AND PRIVILEGES SECURED BY THE UNITED STATES CONSTITUTION.

83.EACH DEFENDANT KNEW OR SHOULD HAVE KNOWN THAT THEIR CONDUCT,

ATTITUDE AND ACTIONS CREATED A CONSTITUTIONAL VIOLATION OF PLAINTIFF'S

RIGHTS;BECAUSE THEIR ACTIONS WERE WILLFUL,INTENTIONAL,MALICIOUS,WANTON,A

AND DESPICABLE IN CONSCIOUS DISREGARD OF PLAINTIFF'S CONSTITUTIONAL

FEDERALLY PROTECTED GUARANTEED PROTECTED RIGHTS,ENTITLING PLAINTIFF TO AN

AWARD OF COMPENSATORY AND PUNITIVE DAMAGES.

VII.PRAYER FOR RELIEF

84.WHEREFORE,PLAINTIFF RESPECTFULLY PRAYS FOR RELIEF AS FOLLOWS:

A.ISSUE A DECLARATION JUDGMENT THAT THE DEFENDANTS' ACTIONS COMPLAINED OF HEREIN VIOLATED PLAINTIFF'S RIGHT UNDER THE UNITED STATES CONSTITUTION AND OTHERWISE ALLEGED HEREIN;

B.AWARD PLAINTIFF COMPENSATORY AND PUNITIVE DAMAGES,IN AN AMOUNT TO BE DETERMINED AT TRIAL;

C.DEMAND FOR JURY TRIAL ON ALL ISSUES TRIABLE BY JURY;

D.AWARD PLAINTIFF THE COST OF SUIT,AND RECOVER ACTUAL COSTS FOR EXPENSE REASONABLY INCURRED 28 U.S.C. 1920;

E.GRANT PLAINTIFF SUCH OTHER AND FURTHER RELIEF AS THE COURT DEEMS JUST AND PROPER.

DATED:12/5/2024                    ,**RESPECTFULLY** SUBMITTED,

VIII.VERIFICATION

I DECLARE I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE,EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF,AND,AS TO THOSE,I BELIEVE THEM TO BE TRUE.I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED AT SALINAS VALLEY STATE PRISON,IN SOLEDAD,CALIFORNIA,ON THIS

16th*,DAY OF NOVEMBER,2023.("**ON THIS NOVEMBER 18TH,DAY,** **OF** 2024")

RESPECTFULLY SUBMITTED,

ATTN: PLEASE SEE PARAGRAPH 58.AT SVSP THERE IS A LAW LIBRARY SHORTAGE,SHE ONLY COMES ON THURSDAY.11/21/24 and 11/28/24,NO LAW LIBRARY.

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _GRAVES_ , declare:

I am over 18 years of age and a party to this action. I am a resident of _SVSP_

_SOLEDAD, CALIFORNIA_ Prison,

in the county of _SOLEDAD - SVSP_ ,

State of California. My prison address is: _SALINAS VALLEY STATE PRISON,_ ,

_P.O. BOX 1050, SOLEDAD, CALIFORNIA 93960-1050_ .

On _12/8/24_ ,
(DATE)

SENDING 33 PAGES TOTAL

I served the attached: _COMPLAINT I FILED ON 11/16/23, THAT NEVER MADE_

_IT TO COURT "EASTERN DISTRICT. AND 602 THAT I FILED ONE A NOT TAPING ENVEL. 8/8/20_
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _12/10/24_
(DATE)

_____
(DECLARANT'S SIGNATURE)

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)                                                                                      Page 1 of 2

| | OGT Log No: _____ `181820`  Date Received: _____ NOV 2 _ ___ |
| | Decision Due Date: _____ |
| | Categories: _____ |

Claimant Name: _Mr. JACQUES, MICHAEL_____    CDCR #: _AY-5885_

Institution/Parole Region: _SVSP_____    Current Housing/Parole Unit: _D8/B#/18_

---

*Use this form to file a complaint with the Department.*

**In order for the Department to understand your complaint, please answer all of the following questions:**

- *What is the nature of your complaint?*
- *When and where did the complaint occur?*
- *Who was involved?*
- *Which specific people can support your complaint?*
- *Did you try to informally resolve the complaint?*
- *What rule or policy are you relying on to make your complaint?*
- *What specific action would resolve your complaint?*

*NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).*

ON NOVEMBER 16, 2023, AT APPROXIMATELY 2100-2130 HOURS, C/o GOMEZ
APPROACHED MY ASSIGNED HOUSING. I INFORMED HIM I HAD LEGAL MAIL.
I EMPTY TWO ENVELOPES, SO C/o GOMEZ HAD A CLEAR VIEW INTO THE
ENVELOPES CONTENTS. C/o GOMEZ CLEARED ME TO SEAL MY ENVELOPES
WHICH WAS LEGAL MAIL AND CONFIDENTIAL CORRESPONDENCE, ONE OF TWO
OF MY ENVELOPES UNSEALED I ASKED HIM FOR TAPE TO SEAL MY ENVELOPE C/o
GOMEZ RESPONDED "HE DON'T HAVE TAPE IN THE OFFICE." I REPLIED "CAN I
USE THE STAPLER SO I CAN STAPLE MY LEGAL SHUT." C/o GOMEZ RESPONDED
"HE DIDN'T HAVE ONE" C/o GOMEZ EXPLICITLY STATED "HE WOULD TAKE MY
LEGAL MAIL TO THE OFFICE TO SEAL." I REPLIED EXPLICITLY STATING "WHEN
DOING LEGAL YOU SUPPOSE TO HAVE TAPE SO YOU CAN SEAL OUR ~~LEGAL MAIL~~"
~~C/o GOMEZ RESPONDED~~ I EXPLICITLY STATED "SO WHEN YOU TAKE OUR LEGAL
TO THE OFFICE YOU DON'T TAPE IT TO SEAL IT SHUT WHICH YOUR
SUPPOSE TO. WHEN YOU DO LEGAL MAIL YOUR SUPPOSE TO HAVE THE TAPE
WITH YOU. I AM GOING TO BE WRITING THIS UP." C/o GOMEZ EXPLICITLY
STATED " I DON'T HAVE TIME FOR YOU. I AM WRITING YOU UP FOR DISRESPECT

ADA Accessible

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
GRIEVANCE
**CONTINUATION PAGE**
CDCR 602-1 (Rev. 01/22)

Page 2 of 2

OF STAFF".

ACTION OR ADMINISTRATIVE REMEDIES? PER THE CAL. CODE OF REGS, TITLE 15 §3141, SUBD. (A) CONFIDENTIAL CORRESPONDENCE IS A RIGHT GUARANTEED BY LAW.

IN THIS INSTANCE THERE IS AN ACTIVATED BODY WORN CAMERA ATTACHED TO C/o GOMEZ VEST. THE PURPOSE OF THE "BWC" IS FOR TRANSPARENCY.

THIS IS THE SECOND TIME OFFICER GOMEZ HAS FILED A FALSE DOCUMENTED REPORT (CDC-RVR 115) AGAINST ME; VIOLATING 118.1 PEACE OFFICERS; FALSE REPORT, AND, 134 PREPARING FALSE DOCUMENTARY EVIDENCE.

AT NO TIME DID I EVER DISRESPECT OFFICER GOMEZ, I AM ENTITLED TO OBJECT TO AND/OR CHALLENGE, CONSTITUTIONAL VIOLATIONS OF MY GUARANTEED FEDERAL RIGHTS, INCLUDING VIOLATIONS OF THE LAW

DISRESPECT OF STAFF CONSTITUTES THE USE VULGAR OR OBSCENE LANGUAGE, WHICH AT NO TIME I USED.

I REQUEST C/o GOMEZ BODY WORN CAMERA SPECIFICALLY AT 2100-2130 HOURS BE PERSEVERED FOR THE PURPOSE OF CORROBORATING MY CLAIMS, RVR DISCIPLINARY HEARING WHICH WILL BE CENTRAL TO MY DEFENSE, CIVIL LITIGATION 42 U.S.C. §1983, AND AIMS INVESTIGATION

I ALSO REQUEST ON NOV. 16, 2023 — NOV. 17, 2023, A PRIOR 602 GRIEVANCE WAS SUBMITTED I REQUEST TO WITHDRAW THAT GRIEVANCE (IT WAS MY ROUGH DRAFT) AND REPLACE WITH THIS ONE

Claimant Signature: _____

Date Signed: NOV. 16 - 2023

ADA Accessible

OOA Review
Imminent Risk: Y / ○
Comment: _____
COG · · · · · · ·    Y / ○
Comm. ... ...
Initials: _____ ○
1/29
**OOA REC** ⬡ ⬡ ⬡

DEPARTMENT OF CORRECTIONS AND REHABILITATION
**JAN 22 2024**

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

Page 1 of 2

| STAFF USE ONLY | |
|---|---|
| | **OGT Log No:** ___000000480769___  **Date Received:** _____ |
| | **Decision Due Date:** _____ |
| | **Categories:** _____ |

**Claimant Name:** ___JACQUES, MICHAEL EUZEL___    **CDCR #:** ___AX5885___

**Institution/Parole Region:** _____    **Current Housing/Parole Unit:** _____

**STAFF USE ONLY**

_Use this form to appeal a decision or a remedy by the Office of Grievances._

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

**OGT Log No:** ___000000480769___    **Claim No:** _____

Explain the reason for your appeal. Be as specific as you can.

_I am dissatisfied with the response I was given because_ SVSP,CONTINUES TO ALLOW C/O A.GOMEZ,TO VIOLATE
MY CONSTITUTIONAL RIGHTS...
I RECEIVED AN OOG-DECISION,INDICATING THAT GOMEZ,NEVER FILED AN RVR AGAINST ME,
AS HE THREATEN,SO HE VIOLATED NO POLICY.C/O GOMEZ,WHILE WEARING HIS ACTIVATED
BODY-WORN CAMERA,AS REQUIRED BY CDCR-BWC POLICY,DID VIOLATE CDCR POLICY BY
EXPLICITLY STATING"HE WOULD WRITE ME UP FOR DISRESPECT OF STAFF". TO THREATEN
ME WITH A FALSE RVR AND FALSE DOCUMENTARY EVIDENCE,IS IN VIOLATION OF 118.1.
PEACE OFFICER;FALSE REPORTING AND 134 DOCUMENTARY EVIDENCE.

This form shall be submitted by mail to:
Office of Appeals
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811

**IMPORTANT:**
The Office of Appeals will consider all of the supporting documentation you previously submitted to the
Office of Grievances when reviewing your appeal, but will **not** consider any new documentation.
Therefore, it is recommended you not attach any documentation to this form.
**Furthermore, any documentation you attach to this form will not be returned to you.**

**Claimant Signature:** _____    **Date Signed:** JANUARY 10,2024

_ADA Accessible_

OOA RECEIVED

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**                    **CONTINUATION PAGE**          DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602-2 (Rev. 01/22)                                                JAN 22 2024
                                                                              Page 2 of 2

**OGT Log No:** _____000000480769_____          **Claim No:** _____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* C/O A.GOMEZ,HAS ALREADY FILED A FALSE RVR
(LOG#7332238),AGAINST ME,WHICH SVSP INTENTIONALLY DESTORIED THE BWC/AVSS EVIDENCE
DESPITE,ME REQUESTING TO REVIEW THE FOOTAGE PRIOR TO THE DISCIPLINARY HEARING,
TO HAVE IT PRESENT AT THE HEARING,TO PERSEVERE THE FOOTAGE,INSPITE OF FILING A
602-1,TO ENSURE MY REQUEST WERE GRANTED.(LOG#457066)

AS INTERPRETED UNDER DOM SECTION 47040.8,SUBD.(a)(6-7),ME ALLEGING STAFF
MISCONDUCT AUTOMATICALLY PERSEVERES C/O A.GOMEZ,BODY-WORN CAMERA.
I REQUEST THAT C/O GOMEZ, BODY-WORN CAMERA,BE PERSEVERED,PAST THE 90-DAYS ALLOTTE
D, BEFORE IT GET RECORDED OVER...,I'LL BE FILING A 42 U.S.C. SECTION 1983
FEDERAL COMPLAINT,THE BWC/AVSS WILL BE USED AS EVIDENCE,PERTAINING TO THIS 602
LOG#480769

*ADA Accessible*



CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# OFFICE OF APPEALS DECISION

**Offender Name:** JACQUES, MICHAEL EUZEL                          **Date:** 03/21/2024
**CDC#:** AX5885
**Current Location:** SVSP-Facility D                          **Current Area/Bed:** D  008 1 - 118001L

**Log #:** 000000480769

## Claim #  001

**Received at Institution/Parole Region:**  Salinas Valley State Prison
**Submitted to Facility/Parole District:**  SVSP-Facility D
**Housing Area/Parole Unit:**
**Category:**  Offender Discipline                          **Sub-Category:** Other Discipline Issue - NOS

### I. ISSUE ON APPEAL

It is appellant's position that, on November 16, 2023, Correctional Officer Gomez collected confidential mail at appellant's cell door but did not have tape to seal the envelope and, when appellant objected, Gomez stated, "I am going to write you up for disrespect of staff." Appellant asserts body-worn camera footage needs to be retained for appellant's defense and investigation into filing false reports.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, sections 3312(a)(1), 3483(g), 3485(g), 3486.1

#### B. DOCUMENTS CONSIDERED

Offender Grievance Tracking Log No. 480769

### III. REASONING AND DECISION

Office of Grievances received this grievance on November 20, 2023, and Centralized Screening Team appropriately deemed this claim routine, as appellant describes no specific action or statement that meets the criteria of staff misconduct. Strategic Offender Management System does not indicate appellant received a rules violation report with a violation date of November 16, 2023. Pursuant to Title 15, section 3312(a)(1), staff may respond to minor misconduct by verbal counseling. When verbal counseling achieves corrective action, a written report of the misconduct or counseling is unnecessary. Based on the preponderance of evidence available at time of review, Office of Grievances' decision is proper. Therefore, the claim is denied.

### IV. REMEDY

Your claim has been denied. Therefore, there is no applicable remedy.

#### Decision: Denied

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date, Time |
|---|---|---|
| H. Moseley [MOHO002] | Reviewing Authority | 03/21/2024 |