UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSHIELLE (MICHAEL) JACQUES, Plaintiff, v. J. BORDEWICK, et al., Defendants. | No. 2:24-cv-3443 AC<br><br>ORDER |

Plaintiff is an incarcerated person proceeding pro se with a civil rights complaint filed under 42 U.S.C. § 1983. Defendants have not yet been served. Before the court are plaintiff's motions to stay the action (ECF No. 6) and to amend the motion to proceed in Forma Pauperis (ECF No. 7).

The motion to stay is now moot as the time requested has expired. The motion to amend plaintiff's IFP application will be granted and plaintiff will be provided the appropriate form.

It is accordingly ORDERED as follows:

1. Plaintiff's motion for a stay (ECF No. 6) is DENIED as moot;
2. Plaintiff's motion to amend (ECF No. 7) is GRANTED;
3. The application to proceed in forma pauperis at ECF No. 2 is deemed withdrawn and is therefore VACATED;

4. The Clerk is directed to provide plaintiff with a copy of this district's application to proceed in forma pauperis by a prisoner.

IT IS SO ORDERED.

DATED: August 5, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE